Official Form 1 (4/07)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McNulty, Michael Patrick** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-9089** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**13606 Thayer Road**<br>**Hebron, IL**<br>ZIP Code **60034** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $1 million | ■ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

**Official Form 1 (4/07)** | | **FORM B1**, Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **McNulty, Michael Patrick** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Erick Bohlman                **December  6, 2007** |
| | Signature of Attorney for Debtor(s)                (Date) |
| | **Erick Bohlman 6224222** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■     Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐     There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐     Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐     Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐     Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐     Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)                                                                                      FORM B1, Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **McNulty, Michael Patrick** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Michael Patrick McNulty**
Signature of Debtor **Michael Patrick McNulty**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**December  6, 2007**
Date

### Signature of Attorney

X **/s/ Erick Bohlman**
Signature of Attorney for Debtor(s)

**Erick Bohlman 6224222**
Printed Name of Attorney for Debtor(s)

**Bohlman Law Offices, P.C.**
Firm Name

**111 South Virginia Street**
**Crystal Lake, IL 60014**
Address

**Email: abohlman@sbcglobal.net**
**815-477-9200  Fax: 815-477-9201**
Telephone Number

**December  6, 2007**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Official Form 1, Exhibit D (10/06)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Michael Patrick McNulty** _____    Case No. _____
                                    Debtor(s)         Chapter      **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.**

**Official Form 1, Exh. D (10/06) - Cont.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:        **/s/ Michael Patrick McNulty**
                          **Michael Patrick McNulty**
Date:    **December  6, 2007**

Form 6-Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Patrick McNulty**

                                                      ,
                              Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 220,000.00 | | |
| B - Personal Property | Yes | 3 | 13,166.29 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 772,700.40 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | 763,541.62 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 5 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 6,918.27 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,915.00 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 233,166.29 | | |
| Total Liabilities | | | | 1,536,242.02 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Michael Patrick McNulty**

                                                                              ,

                              Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 6,918.27 |
| Average Expenses (from Schedule J, Line 18) | 8,915.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,764.63 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 332,700.40 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 763,541.62 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 1,096,242.02 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6A
(10/05)

In re   **Michael Patrick McNulty**                                    ,   Case No. _____
                                         Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **13606 Thayer Road, Hebron, IL 60034** | **Fee simple** | - | **220,000.00** | **772,700.40** |

| | | |
|---|---|---|
| Sub-Total > | **220,000.00** | (Total of this page) |
| Total > | **220,000.00** | |

_____0_____   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

Form B6B
(10/05)

In re    **Michael Patrick McNulty**                              ,    Case No. _____

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash with debtor** | - | 20.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. household goods with debtor** | - | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Misc. books and CD's with debtor** | - | 250.00 |
| 6.  Wearing apparel. | | **Misc. cloths with debtor** | - | 1,000.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Whole Life Insurance with Allstate** | - | 812.25 |
| | | **Whole Life Insurance with Allstate** | - | 3,004.04 |
| | | **Term Life Insruance with Allstate** | - | 0.00 |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **6,586.29** |
|---|---|---|
|  | (Total of this page) | |

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Michael Patrick McNulty**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Michael Patrick McNulty**                                    ,        Case No. _____

                                                Debtor

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 Ford Expedition with 121,000 miles** | - | 6,580.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | **6,580.00** |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | **13,166.29** |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(4/07)

.

In re   **Michael Patrick McNulty**                                    ,   Case No. _____
                                              Debtor

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| **13606 Thayer Road, Hebron, IL 60034** | **735 ILCS 5/12-901** | **0.00** | **440,000.00** |
| **Cash on Hand** | | | |
| **Cash with debtor** | **735 ILCS 5/12-1001(b)** | **20.00** | **20.00** |
| **Household Goods and Furnishings** | | | |
| **Misc. household goods with debtor** | **735 ILCS 5/12-1001(b)** | **0.00** | **3,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Misc. books and CD's with debtor** | **735 ILCS 5/12-1001(a)** | **250.00** | **500.00** |
| **Wearing Apparel** | | | |
| **Misc. cloths with debtor** | **735 ILCS 5/12-1001(a)** | **1,000.00** | **1,000.00** |
| **Interests in Insurance Policies** | | | |
| **Whole Life Insurance with Allstate** | **735 ILCS 5/12-1001(b)** | **0.00** | **812.25** |
| **Whole Life Insurance with Allstate** | **735 ILCS 5/12-1001(b)** | **0.00** | **3,004.04** |
| **Term Life Insruance with Allstate** | **215 ILCS 5/238** | **100%** | **0.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2003 Ford Expedition with 121,000 miles** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **6,580.00** |
| | **735 ILCS 5/12-1001(b)** | **3,980.00** | |

|  | | Total: | **7,650.00** | **454,916.29** |

  **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Michael Patrick McNulty**                                ,   Case No. _____

_____
Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First National Bank of Marengo Commercial Lending 4520 West Algonquin Road, Suite 200 Lake In The Hills, IL 60156** | X | - | **Second Mortgage** <br><br> **13606 Thayer Road, Hebron, IL 60034** <br><br> Value $      **440,000.00** | | | | **191,041.41** | **0.00** |
| Account No. **xx0701** <br><br> **First National Bank of Marengo Commercial Lending 4520 West Algonquin Road, Suite 200 Lake In The Hills, IL 60156** | X | W | **Commercial Security Agreement for Non-Filing Spouse's Business** <br><br> **13606 Thayer Road, Hebron, IL 60034** <br><br> Value $      **440,000.00** | | | | **394,367.99** | **332,700.40** |
| Account No. **xxxxxxxxxx4975** <br><br> **Harvrd Sv Bk 58 North Ayer Stre Harvard, IL 60033** | X | - | **Opened  6/01/01  Last Active 11/01/07** <br><br> **First Mortgage** <br><br> **13606 Thayer Road, Hebron, IL 60034** <br><br> Value $      **440,000.00** | | | | **187,291.00** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

____**0**____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | **772,700.40** | **332,700.40** |
| Total <br> (Report on Summary of Schedules) | **772,700.40** | **332,700.40** |

Official Form 6E (4/07)

.

In re   **Michael Patrick McNulty**                                    ,   Case No. _____
_____
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re **Michael Patrick McNulty** , Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No. **xxxx-Mx-xx8107**<br><br>**ACF Equipment, Inc.**<br>**1340 Cobblestone Way**<br>**Woodstock, IL 60098** | X | - | | | **2005 to 2007**<br>**Pending Lawsuit** | | X | | 18,912.00 |
| Account No. **xx0121**<br><br>**American Financial Management, Inc.**<br>**3715 Ventura Drive**<br>**Arlington Heights, IL 60004** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | X | 11,586.00 |
| Account No. **McNulty Trucking**<br><br>**Atlantic Trailer & Eqpt Sales, Inc.**<br>**111-B Egg Harbor Road**<br>**Sewell, NJ 08080** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 197.58 |
| Account No. **xxxxxx1011**<br><br>**Bankcard Usa**<br>**5701 Lindero Canyo Bldg 3**<br>**Westlake Villa, CA 91362** | | - | | | **Opened 4/01/04**<br>**Unsecured** | | | | 3,874.00 |
| __10__ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | | | 34,569.58 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

S/N:31989-071008 Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Michael Patrick McNulty** _____,    Case No. _____

_Debtor_

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **06 ARK 26** <br><br>**Bluff City Material** <br>**2252 Southwind Blvd.** <br>**Bartlett, IL 60103** | X | - | | | **2006** <br>**Pending Lawsuit** | | | | 18,452.00 |
| Account No. **xxx5 AR 904** <br><br>**Boncosky Oil Company** <br>**739 N.State Street** <br>**Elgin, IL 60123** | X | - | | | **4/3/2006** <br>**Judgment for Business Debt** | | | | 48,303.73 |
| Account No. **McNulty Trucking** <br><br>**Boncosky Oil Company** <br>**739 N.State Street** <br>**Elgin, IL 60123** | X | - | | | **2000 to 2007** <br>**Business Expense** | | | | 15,301.00 |
| Account No. **4885** <br><br>**Botts Welding & Truck Service, Inc.** <br>**PO Box 430** <br>**Woodstock, IL 60098** | X | - | | | **2000 to 2007** <br>**Business Expense** | | | | 19,647.69 |
| Account No. **6239** <br><br>**Brunt Brothers** <br>**1220 East 75th Street** <br>**PO Box 199267** <br>**Chicago, IL 60619** | X | - | | | **2000 to 2007** <br>**Business Expense** | | | X | 113,020.00 |

Sheet no. __1__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

214,724.42

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Michael Patrick McNulty**                                    ,          Case No. _____
                                                    Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **McKele Site Dev.**<br><br>**Burris Equipment Company**<br>**2216 N. Greenbay Road**<br>**Waukegan, IL 60087** | X | - | 2000 to 2007<br>Business Expense | | | X | 7,110.00 |
| Account No. **McNulty Trucking**<br><br>**Campion, Curran, Dunlop & Lamp, PC**<br>**8600 US Highway 14**<br>**Suite 201**<br>**Crystal Lake, IL 60012** | X | - | 2000 to 2007<br>Business Expense | | | | 23,000.51 |
| Account No. **McKele Site Dev.**<br><br>**Campion, Curran, Dunlop & Lamp, PC**<br>**8600 US Highway 14**<br>**Suite 201**<br>**Crystal Lake, IL 60012** | X | - | 2000 to 2007<br>Business Expense | | | | 37,799.50 |
| Account No. **McKele Site Dev.**<br><br>**Carnow, Conibear & Associates**<br>**333 West Wacker Drive, #1400**<br>**Chicago, IL 60606** | X | - | 2000 to 2007<br>Business Expense | | | | 1,495.00 |
| Account No. **Unknown**<br><br>**Chicago Trailer Pool Corp.**<br>**Diamond Fianancial**<br>**1200 Hanger Road, Suite 500**<br>**Oak Brook, IL 60523** | X | - | 7/2007<br>Business Expense | | | | 2,164.00 |

Sheet no. __2___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,569.01

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Michael Patrick McNulty**                                              Case No. _____
,
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxxxx6535** | | | | | Opened 9/01/91 Last Active 10/25/07 CreditCard of Non-Filing Spouse | | | | |
| **Citibank** **Attn: Citicorp Credit Services** **7920 Nw 110th Street** **Kansas City, MO 64153** | - | | | | | | | X | 856.00 |
| Account No. **McKele Site Dev.** | | | | | 2000 to 2007 Business Expense | | | | |
| **City of Chicago** **Cost Recovery & Coll. Div.** **333 S. State Street, Ste. 540** **Chicago, IL 60604** | X | - | | | | | | | 3,166.00 |
| Account No. **McKele Site Dev.** | | | | | 2000 to 2007 Business Expense | | | | |
| **CNA Surety Corporation** **333 South Wabash Avenue** **Chicago, IL 60604** | X | - | | | | | | | 125.00 |
| Account No. **xxx1517** | | | | | 2000 to 2007 Business Expense | | | | |
| **Conserve FS** **97791 Eagle Way** **Chicago, IL 60678** | X | - | | | | | | | 2,727.00 |
| Account No. **McKele Site Dev.** | | | | | 2000 to 2007 Business Expense | | | | |
| **Craft Concrete** **134 S. Highway 14** **Cary, IL 60013** | X | - | | | | | | | 1,251.00 |

Sheet no. __**3**__ of __**10**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,125.00

Official Form 6F (10/06) - Cont.

In re  **Michael Patrick McNulty**                                                      ,        Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **McKele Site Dev.**<br><br>**Environmental Monitoring & Technology**<br>**8100 N. Austin Avenue**<br>**Morton Grove, IL 60053** | X | - | | **2000 to 2007**<br>**Business Expense** | | | | **2,318.00** |
| Account No. **xxx6158**<br><br>**First Financial Asset**<br>**230 Peachtree St Ste 170**<br>**Atlanta, GA 30303** | | - | | **Opened  5/22/07**<br>**Collection Hsbc Card Serives  Inc.** | | | | **3,188.00** |
| Account No.<br><br>**First National Bank of Marengo**<br>**Commercial Lending**<br>**4520 West Algonquin Road, Suite 200**<br>**Lake In The Hills, IL 60156** | | - | | **450532**<br>**Business Line of Credit** | | | | **122,557.43** |
| Account No. **xxxxxxxxxxx4575**<br><br>**First Premier Bank**<br>**Attn: Correspondence Dept.**<br>**Po Box 5524**<br>**Sioux Falls, SD 57117** | | - | | **Opened  7/09/02  Last Active  6/12/06**<br>**CreditCard** | | | | **784.00** |
| Account No. **xxxx6157**<br><br>**Ford Motor Credit Corporation**<br>**National Bankruptcy**<br>**Po Box 537901**<br>**Livonia, MI 48153** | | - | | **Opened 10/10/02  Last Active  7/07/05**<br>**Automobile** | | | X | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __4__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **128,847.43** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Michael Patrick McNulty** _____,  Case No. _____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xx C 0919**<br><br>**Fox Valley Laborers**<br>**2044 Big Timber Road**<br>**Building B, Suite 206**<br>**Elgin, IL 60123** | X | - | | **6/7/2006**<br>**Judgment for Business Debt** | | | | **43,147.00** |
| Account No. **xx C 0044**<br><br>**Fox Valley Laborers**<br>**2044 Big Timber Road**<br>**Building B, Suite 206**<br>**Elgin, IL 60123** | X | - | | **Unknown**<br>**Judgment for Business Debt** | | | | **Unknown** |
| Account No. **McKele Site Dev.**<br><br>**Harmons Motor Service**<br>**4542-52 West Carroll Avenue**<br>**Chicago, IL 60624** | X | - | | **2000 to 2007**<br>**Business Expense** | | | X | **7,746.00** |
| Account No. **McNulty Trucking**<br><br>**Harris N.A.**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197** | X | - | | **2000 to 2007**<br>**Business Expense** | | | X | **158.16** |
| Account No. **xx SR 0265**<br><br>**Harts Tractor Company**<br>**249 W. Lake Street**<br>**Elmhurst, IL 60126** | X | - | | **3/31/2006**<br>**Judgment for Business Debt** | | | | **7,477.00** |

Sheet no. __5___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **58,528.16**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Michael Patrick McNulty** ,   Case No. _____
Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxx-xxxx0192**<br><br>**Home Depot**<br>**City Cards Private Label-Bankruptcy**<br>**PO Box 20483**<br>**Kansas City, MO 64195** | X | - | **2000 to 2007**<br>**Business Expense** | | | | **887.00** |
| Account No. **x6 AR 201**<br><br>**Howell Tractor & Equipment LLC**<br>**1901 E. Pratt Blvd.**<br>**Elk Grove Village, IL 60007** | X | - | **5/2/2007**<br>**Judgment for Business Debt** | | | | **18,887.85** |
| Account No. **McNulty Trucking**<br><br>**IBT, Local Union 301**<br>**36990 N. Greenbay Road**<br>**Waukegan, IL 60087** | X | - | **2000 to 2007**<br>**Pending Lawsuit** | | | | **Unknown** |
| Account No. **x7AR257**<br><br>**Kenneth M. Gazda**<br>**c/o Favaro & Gormon, Ltd.**<br>**835 Sterling Ave. #100**<br>**Palatine, IL 60067** | | - | **Alleged Wage Dispute** | | | X | **32,347.77** |
| Account No. **xxxx AR xx3022**<br><br>**Kieft Brothers, Inc.**<br>**837 S. Riverside Drive**<br>**Elmhurst, IL 60126** | X | - | **2005 to 2007**<br>**Judgment for Business Debt** | | | | **5,000.00** |

Sheet no. __6__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**57,122.62**

Official Form 6F (10/06) - Cont.

In re   **Michael Patrick McNulty**                                    ,   Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx4000** | | - | | **Opened 4/16/04 Last Active 7/18/05** **Lease** | | | | |
| **Lease Finance Group LI** **233 N Michigan Ave Ste 1** **Chicago, IL 60601** | | | | | | | | **1,537.00** |
| Account No. **McKele Site Dev.** | X | - | | **2000 to 2007** **Business Expense** | | | | |
| **Luise, Inc.** **1346 S. Hannah** **Forest Park, IL 60130** | | | | | | | | **25,992.00** |
| Account No. **McNulty Trucking** | X | - | | **2/2005 to 2007** **Business Expense** | | | | |
| **Manning & Silverman CPA's** **175 Olde Half Day Road, #290** **Lincolnshire, IL 60069** | | | | | | | | **19,640.21** |
| Account No. **McKele Site Dev.** | X | - | | **2000 to 2007** **Business Expense** | | | | |
| **McAllister Equipment** **PO Box 88025** **Milwaukee, WI 53288** | | | | | | | | **2,943.00** |
| Account No. **xx SC 3408** | X | - | | **3/21/2006** **Judgment for Business Debt** | | | | |
| **McCann Industries, Inc.** **4102 W. Crystal Lake Road** **Mchenry, IL 60050** | | | | | | | | **3,600.00** |

Sheet no. __7___ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**53,712.21**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Michael Patrick McNulty** _____,  Case No. _____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xx C 0890**<br><br>**Midwest Operating Engineers Local Union 150 6200 Joliet Road Counntryside, IL 60525** | X | - | | | **9/28/2007**<br>**Judgment for Business Debt** | | | | 58,921.00 |
| Account No. **McKele Site Dev.**<br><br>**Municipal Publishing 1507 East 53rd Street Chicago, IL 60615** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 1,000.00 |
| Account No. **xxx0160**<br><br>**Patten Industries, Inc. 635 West Lake Street Elmhurst, IL 60126** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 5,515.00 |
| Account No. **xxxxL xx1326**<br><br>**Red Robin - Cantera LLC 28260 Diehl Road Warrenville, IL 60555** | X | - | | | **2004**<br>**Judgment for Business Debt** | | | | Unknown |
| Account No. **xxxxx2367**<br><br>**RH Donnelly 8517 Innovation Way Chicago, IL 60682** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 384.69 |

Sheet no. __8__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,820.69

Official Form 6F (10/06) - Cont.

In re    **Michael Patrick McNulty**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x7079** <br><br> **Rockford Industrial Welding Supply, Inc.** <br> **PO Box 5404** <br> **Crystal Lake, IL 60014** | X | - | | **4/30/2004 to 1/9/2006** <br> **Business Expense** | | | | 503.50 |
| Account No. **xxxxx0369** <br><br> **SCI Companies** <br> **2435 Technology Center Pkwy** <br> **Lawrenceville, GA 30043** | X | - | | **2000 to 2007** <br> **Business Expense** | | | | 478.00 |
| Account No. **McNulty Trucking** <br><br> **Spruce Lake Sand & Gravel, Inc.** <br> **5435 Bull Valley Road, Suite 330** <br> **Mchenry, IL 60050** | X | - | | **2000 to 2007** <br> **Business Expense** | | | | 3,014.00 |
| Account No. **xx SC 6744** <br><br> **Steve's Equipment Services, Inc.** <br> **1400 Powis Road** <br> **West Chicago, IL 60185** | | - | | **6/6/2006** <br> **Judgment for Business Debt** | | | | 4,074.00 |
| Account No. **McKele Site Dev.** <br><br> **The Lombard Company** <br> **4245 West 123rd Street** <br> **Alsip, IL 60803** | X | - | | **2000 to 2007** <br> **Business Expense** | | | X | 7,500.00 |

Sheet no. __9__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,569.50

Official Form 6F (10/06) - Cont.

In re   **Michael Patrick McNulty**                                    ,        Case No. _____
                                        **Debtor**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx0834**<br><br>**The McGraw-Hill Companies**<br>**7625 Collection Center Drive**<br>**Chicago, IL 60693** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 593.00 |
| Account No. **McKele Site Dev.**<br><br>**Viking Office Products**<br>**PO Box 30488**<br>**Los Angeles, CA 90030** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 498.00 |
| Account No. **x6 AR 170**<br><br>**Vulcan Materials Company**<br>**1200 Urban Center Drive**<br>**Birmingham, AL 35242** | X | - | | | **2/26/2007**<br>**Judgment for Business Debt** | | | | 24,249.00 |
| Account No. **McKele Site Dev.**<br><br>**Windy City Heavy Equipment Services, Inc.**<br>**930 kromray Road**<br>**Lemont, IL 60439** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 2,792.00 |
| Account No. **McKele Site Dev.**<br><br>**Wright Express**<br>**Fleet Fueling**<br>**PO Box 6293**<br>**Carol Stream, IL 60197** | X | - | | | **2000 to 2007**<br>**Business Expense** | | | | 26,821.00 |

Sheet no. __**10**__ of __**10**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 54,953.00 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 763,541.62 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6G
(10/05)

In re   **Michael Patrick McNulty**                                    ,        Case No. _____
                                      Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

___**0**___   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

Form B6H
(10/05)

.

In re  **Michael Patrick McNulty**                                                                ,     Case No. _____

_____
Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LLamas/McKele Site Development<br>8255 E. Virginia Street, #4<br>Lake in the Hills, IL 60102 | American Financial Management, Inc.<br>3715 Ventura Drive<br>Arlington Heights, IL 60004 |
| Mary McNulty<br>13606 Thayer Road<br>Hebron, IL 60034 | First National Bank of Marengo<br>Commercial Lending<br>4520 West Algonquin Road, Suite 200<br>Lake In The Hills, IL 60156 |
| Mary McNulty<br>13606 Thayer Road<br>Hebron, IL 60034 | First National Bank of Marengo<br>Commercial Lending<br>4520 West Algonquin Road, Suite 200<br>Lake In The Hills, IL 60156 |
| Mary McNulty<br>13606 Thayer Road<br>Hebron, IL 60034 | Harvrd Sv Bk<br>58 North Ayer Stre<br>Harvard, IL 60033 |
| McKele Site Development<br>13914 Washington Street<br>Woodstock, IL 60098 | Kieft Brothers, Inc.<br>837 S. Riverside Drive<br>Elmhurst, IL 60126 |
| McKele Site Development<br>13914 Washington Street<br>Woodstock, IL 60098 | Vulcan Materials Company<br>1200 Urban Center Drive<br>Birmingham, AL 35242 |
| McKele Site Development<br>13914 Washington Street<br>Woodstock, IL 60098 | Howell Tractor & Equipment LLC<br>1901 E. Pratt Blvd.<br>Elk Grove Village, IL 60007 |
| McKele Site Development<br>13914 Washington Street<br>Woodstock, IL 60098 | Midwest Operating Engineers<br>Local Union 150<br>6200 Joliet Road<br>Counntryside, IL 60525 |
| McKele Site Development<br>13914 Washington Street<br>Woodstock, IL 60098 | Boncosky Oil Company<br>739 N.State Street<br>Elgin, IL 60123 |
| McKele Site Development<br>13914 Washington Street<br>Woodstock, IL 60098 | ACF Equipment, Inc.<br>1340 Cobblestone Way<br>Woodstock, IL 60098 |
| McKele Site Development<br>13914 Washington Street<br>Woodstock, IL 60098 | McCann Industries, Inc.<br>4102 W. Crystal Lake Road<br>Mchenry, IL 60050 |

__4__   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re   **Michael Patrick McNulty**                                                                    , Case No. _____
                                                    **Debtor**

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Harts Tractor Company**<br>**249 W. Lake Street**<br>**Elmhurst, IL 60126** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Fox Valley Laborers**<br>**2044 Big Timber Road**<br>**Building B, Suite 206**<br>**Elgin, IL 60123** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Fox Valley Laborers**<br>**2044 Big Timber Road**<br>**Building B, Suite 206**<br>**Elgin, IL 60123** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Burris Equipment Company**<br>**2216 N. Greenbay Road**<br>**Waukegan, IL 60087** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Craft Concrete**<br>**134 S. Highway 14**<br>**Cary, IL 60013** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **The Lombard Company**<br>**4245 West 123rd Street**<br>**Alsip, IL 60803** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **American Financial Management, Inc.**<br>**3715 Ventura Drive**<br>**Arlington Heights, IL 60004** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Windy City Heavy Equipment**<br>**Services, Inc.**<br>**930 kromray Road**<br>**Lemont, IL 60439** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Conserve FS**<br>**97791 Eagle Way**<br>**Chicago, IL 60678** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Home Depot**<br>**City Cards Private Label-Bankruptcy**<br>**PO Box 20483**<br>**Kansas City, MO 64195** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Brunt Brothers**<br>**1220 East 75th Street**<br>**PO Box 199267**<br>**Chicago, IL 60619** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **The McGraw-Hill Companies**<br>**7625 Collection Center Drive**<br>**Chicago, IL 60693** |

Sheet __1__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

In re   **Michael Patrick McNulty**                                              ,   Case No. _____

Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Campion, Curran, Dunlop & Lamp, PC**<br>**8600 US Highway 14**<br>**Suite 201**<br>**Crystal Lake, IL 60012** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Carnow, Conibear & Associates**<br>**333 West Wacker Drive, #1400**<br>**Chicago, IL 60606** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **CNA Surety Corporation**<br>**333 South Wabash Avenue**<br>**Chicago, IL 60604** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Luise, Inc.**<br>**1346 S. Hannah**<br>**Forest Park, IL 60130** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **McAllister Equipment**<br>**PO Box 88025**<br>**Milwaukee, WI 53288** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Municipal Publishing**<br>**1507 East 53rd Street**<br>**Chicago, IL 60615** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Viking Office Products**<br>**PO Box 30488**<br>**Los Angeles, CA 90030** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Harmons Motor Service**<br>**4542-52 West Carroll Avenue**<br>**Chicago, IL 60624** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Environmental Monitoring**<br>**& Technology**<br>**8100 N. Austin Avenue**<br>**Morton Grove, IL 60053** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Wright Express**<br>**Fleet Fueling**<br>**PO Box 6293**<br>**Carol Stream, IL 60197** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **City of Chicago**<br>**Cost Recovery & Coll. Div.**<br>**333 S. State Street, Ste. 540**<br>**Chicago, IL 60604** |
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Red Robin - Cantera LLC**<br>**28260 Diehl Road**<br>**Warrenville, IL 60555** |

Sheet __2__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **Michael Patrick McNulty**                                      ,    Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **McKele Site Development**<br>**13914 Washington Street**<br>**Woodstock, IL 60098** | **Rockford Industrial Welding**<br>**Supply, Inc.**<br>**PO Box 5404**<br>**Crystal Lake, IL 60014** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Boncosky Oil Company**<br>**739 N.State Street**<br>**Elgin, IL 60123** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Bluff City Material**<br>**2252 Southwind Blvd.**<br>**Bartlett, IL 60103** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Botts Welding & Truck Service, Inc.**<br>**PO Box 430**<br>**Woodstock, IL 60098** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **SCI Companies**<br>**2435 Technology Center Pkwy**<br>**Lawrenceville, GA 30043** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Chicago Trailer Pool Corp.**<br>**Diamond Fianancial**<br>**1200 Hanger Road, Suite 500**<br>**Oak Brook, IL 60523** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **RH Donnelly**<br>**8517 Innovation Way**<br>**Chicago, IL 60682** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Campion, Curran, Dunlop & Lamp, PC**<br>**8600 US Highway 14**<br>**Suite 201**<br>**Crystal Lake, IL 60012** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Patten Industries, Inc.**<br>**635 West Lake Street**<br>**Elmhurst, IL 60126** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Spruce Lake Sand & Gravel, Inc.**<br>**5435 Bull Valley Road, Suite 330**<br>**Mchenry, IL 60050** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Manning & Silverman CPA's**<br>**175 Olde Half Day Road, #290**<br>**Lincolnshire, IL 60069** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **IBT, Local Union 301**<br>**36990 N. Greenbay Road**<br>**Waukegan, IL 60087** |

Sheet __3__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

In re   **Michael Patrick McNulty**                                        ,   Case No. _____
                                    Debtor

# SCHEDULE H. CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Boncosky Oil Company**<br>**739 N.State Street**<br>**Elgin, IL 60123** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Atlantic Trailer & Eqpt Sales, Inc.**<br>**111-B Egg Harbor Road**<br>**Sewell, NJ 08080** |
| **McNulty Trucking**<br>**PO Box 1033**<br>**Woodstock, IL 60098** | **Harris N.A.**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197** |

Sheet __4__ of __4__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Official Form 6I (10/06)

In re __Michael Patrick McNulty__                                    Case No. _____
                                 Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S): **Daughter** **Daughter** **Daughter** **Daughter** | AGE(S): **3** **4** **7** **9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Unemployed** | **Owner/President** |
| Name of Employer | **Not Employed** | **Stonetree Landscapes, Inc.** |
| How long employed | | **2 years** |
| Address of Employer | | **1517 N. Route 47** **Woodstock, IL 60098** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **0.00** | $ **3,375.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **0.00** | $ **3,375.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **0.00** | $ **846.36** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **0.00** | $ **846.36** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **0.00** | $ **2,528.64** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **Shareholder Draws from Business** | $ **0.00** | $ **4,389.63** |
| | $ **0.00** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **0.00** | $ **4,389.63** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **0.00** | $ **6,918.27** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ **6,918.27** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re   **Michael Patrick McNulty** _____   Case No. _____
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,472.00 |
| a. Are real estate taxes included? | Yes __X__ | No ___ | |
| b. Is property insurance included? | Yes __X__ | No ___ | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 350.00 |
| b. Water and sewer | | $ | 0.00 |
| c. Telephone | | $ | 80.00 |
| d. Other   **See Detailed Expense Attachment** | | $ | 145.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 100.00 |
| 4. Food | | $ | 600.00 |
| 5. Clothing | | $ | 100.00 |
| 6. Laundry and dry cleaning | | $ | 50.00 |
| 7. Medical and dental expenses | | $ | 325.00 |
| 8. Transportation (not including car payments) | | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 100.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 706.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 0.00 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify) | | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 0.00 |
| b. Other   **Second Mortgage** | | $ | 1,800.00 |
| c. Other | | $ | 0.00 |
| d. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Childcare** | | $ | 1,008.00 |
| Other   **Educational Expenses for Private School** | | $ | 729.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 8,915.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
_____

| | | | |
|---|---|---|---|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a. | Average monthly income from Line 15 of Schedule I | $ | 6,918.27 |
| b. | Average monthly expenses from Line 18 above | $ | 8,915.00 |
| c. | Monthly net income (a. minus b.) | $ | -1,996.73 |

Official Form 6J (10/06)

In re  **Michael Patrick McNulty**                                    Case No. _____
                              Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Alarm System** | $ | **37.00** |
| **Satillite/Internet** | $ | **108.00** |
| **Total Other Utility Expenditures** | $ | **145.00** |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Northern District of Illinois

In re   __Michael Patrick McNulty__                                     Case No. _____

Debtor(s)              Chapter    __7__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __29__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  __December  6, 2007__                 Signature   __/s/ Michael Patrick McNulty__

                                                  **Michael Patrick McNulty**
                                                  Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Patrick McNulty**      Case No. _____

                       Debtor(s)      Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,251,117.00** | **2005 Gross receipts for McKele Site Development, Inc.** |
| **$1,179,814.00** | **2005 Gross receipts for McNulty Trucking & Feed Supplies, Inc.** |
| **$320,523.00** | **2006 Gross receipts for McKele Site Development, Inc.** |
| **$390,839.00** | **2006 Gross receipts for McNulty Trucking & Feed Supplies, Inc.** |

**2. Income other than from employment or operation of business**

None
☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
|---|---|

**3. Payments to creditors**

None
☑

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Boncosky Oil Company vs Michael P. McNulty, 2005 AR 904** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Judgment** |
| **Kieft Brothers, Inc. vs McKele Site Development, Inc. and Michael P. McnNulty, 2004 AR 003022** | **Collection** | **The 18th Judicial Circuit , DuPage County. Illinois** | **Pending** |
| **Bluff City vs McKele Site Development, Inc. and Michael P. McNulty 06 ARK 26** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Vulcan Material Company vs. McKele Site Development, Inc. and Michael P. McNulty, 06 AR 170** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Judgment** |
| **Howell Tractor & Equipment LLC vs McKele Site Development, Inc. and Michael P. McNulty, 06 AR 201** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Judgment** |
| **Midwest Operating Engineers/ Local Union 150 vs. McKele Site Development, Inc. and Michael P. McNulty, 06 C 0890** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Judgment** |
| **ACF Equipment, Inc. McKele Site Development, Inc. and Michael P. McNulty, 2007-M1-208107** | **Collection** | **Circuit Court of Cook County, Illinois** | **Pending** |
| **McCann Industries, Inc. vs. ele Site Development, Inc. and Michael P. McNulty, 05 SC 3408** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Judgement** |
| **Harts Tractor Company vs. McKele Site Development, Inc. and Michael P. McNulty, 06SR 0265** | **Collection** | **The 18th Judicial Circuit, DuPage County. Illinois** | **Judgment** |
| **Fox Valley Laborers vs. McKele Site Development, Inc. and Michael P. McNulty, 06 C 0919** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Judgment** |
| **Fox Valley Laborers vs. McKele Site Development, Inc. and Michael P. McNulty, 06 C 0044** | **Collection** | **The 22nd Judicial Circuit, McHenry, Illinois** | **Judgment** |
| **IBT, Local Union 301 vs. McNulty Trucking and Michael P. McNulty, 06 C 3358** | **Collection** | **US District Court for Northern District of Illinois, Eastern Division** | **Pending** |
| **Steve's Equipment Services, Inc. vs. McKele Site Development, Inc. and Michael P. McNulty, 05 SC 6744** | **Collection** | **The 18th Judicial Circuit, DuPage County. Illinois** | **Judgement** |
| **Red Robin - Cantera LLC vs. McKele Site Development, Inc. and Michael P. McNulty, 2004L 001326** | **Collection** | **The 18th Judicial Circuit , DuPage County. Illinois** | **Judgment** |
| **Gazda vs. Debtor, et. al., Case No. 07AR257** | **Collection** | **McHenry County, Illinois** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

5

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bohlman Law Offices, P.C.**<br>**111 South Virginia Street**<br>**Crystal Lake, IL 60014** | **11/2007** | **$950.00 plus costs** |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **McNulty Trucking** | **9089** | **PO Box 1033 Woodstock, IL 60098** | **Trucking** | **1999 to 2006** |
| **McKele Site Development** | **9089** | **13914 Washington Street Woodstock, IL 60098** | **Excavation** | **1997 to 2006** |
| **Stone Tree Landscapes, Inc.** | **0085** | **1517 N. Route 47 Woodstock, IL 60098** | **Landscaping** | **2003 to 5/2005** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Manning & Silverman, CPAs 175 Old Half Day Rd. Suite 290 Lincolnshire, IL 60069** | **All times for which businesses were in operation** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

8

None □ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Michael McNulty** | **13606 Thayer Road** |
| **All times for which businesses were in operation** | **Hebron, IL 60034** |

None □ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|
| **First National Bank of Marengo** | |
| **Commercial Lending** | |
| **4520 West Algonquin Road, Suite 200** | |
| **Lake In The Hills, IL 60156** | |

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-----------------------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

### 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

9

**23 . Withdrawals from a partnership or distributions by a corporation**

None  ■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None  ■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None  ■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **December  6, 2007**          Signature  **/s/ Michael Patrick McNulty**

**Michael Patrick McNulty**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Patrick McNulty**                                       Case No. _____

                                          Debtor(s)         Chapter      **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■    I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐    I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■    I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **13606 Thayer Road, Hebron, IL 60034** | **First National Bank of Marengo** | | | | **X** |
| **13606 Thayer Road, Hebron, IL 60034** | **First National Bank of Marengo** | | | | **X** |
| **13606 Thayer Road, Hebron, IL 60034** | **Harvrd Sv Bk** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date   **December  6, 2007**  _____        Signature   **/s/ Michael Patrick McNulty**_____

                                                              **Michael Patrick McNulty**

                                                               Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Michael Patrick McNulty** _____    Case No. _____

                                                    Debtor(s)      Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ........................................................... $ _____**950.00**

   Prior to the filing of this statement I have received ........................................... $ _____**950.00**

   Balance Due ......................................................................................................... $ _____**0.00**

2. The source of the compensation paid to me was:

   ■ Debtor        ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor        ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **December  6, 2007** _____        **/s/ Erick Bohlman** _____
                                                              **Erick Bohlman 6224222**
                                                              **Bohlman Law Offices, P.C.**
                                                              **111 South Virginia Street**
                                                              **Crystal Lake, IL 60014**
                                                              **815-477-9200  Fax: 815-477-9201**
                                                              **abohlman@sbcglobal.net**

---

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**NORTHERN DISTRICT OF ILLINOIS**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## **Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## **Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Erick Bohlman 6224222** | X **/s/ Erick Bohlman** | December  6, 2007 |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**111 South Virginia Street**
**Crystal Lake, IL 60014**
**815-477-9200**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Michael Patrick McNulty** | X **/s/ Michael Patrick McNulty** | December  6, 2007 |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |

| | | |
|---|---|---|
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Michael Patrick McNulty**          Case No.                

                               Debtor(s)        Chapter    **7**              

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                         **72**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **December  6, 2007**            **/s/ Michael Patrick McNulty**                

                                    **Michael Patrick McNulty**
                                    Signature of Debtor

ACF Equipment, Inc.
1340 Cobblestone Way
Woodstock, IL 60098


Allison, Slutsky & Kenndy
230 West Monroe, Suite 2600
Chicago, IL 60606


American Financial Management, Inc.
3715 Ventura Drive
Arlington Heights, IL 60004


Atlantic Trailer & Eqpt Sales, Inc.
111-B Egg Harbor Road
Sewell, NJ 08080


Bankcard Usa
5701 Lindero Canyo Bldg 3
Westlake Villa, CA 91362


Baum, Sigman Auerback
& Neuman, LTD
200 West Adams Strret, Suite 2200
Chicago, IL 60606


Bluff City Material
2252 Southwind Blvd.
Bartlett, IL 60103


Boncosky Oil Company
739 N.State Street
Elgin, IL 60123


Botts Welding & Truck Service, Inc.
PO Box 430
Woodstock, IL 60098


Brunt Brothers
1220 East 75th Street
PO Box 199267
Chicago, IL 60619


Burris Equipment Company
2216 N. Greenbay Road
Waukegan, IL 60087

Campion, Curran, Dunlop & Lamp, PC
8600 US Highway 14
Suite 201
Crystal Lake, IL 60012


Carmell, Charone, Widmer, Moss
& Barr
230 W. Monroe Street, #1900
Chicago, IL 60606


Carnow, Conibear & Associates
333 West Wacker Drive, #1400
Chicago, IL 60606


Chicago Trailer Pool Corp.
Diamond Fianancial
1200 Hanger Road, Suite 500
Oak Brook, IL 60523


Citibank
Attn: Citicorp Credit Services
7920 Nw 110th Street
Kansas City, MO 64153


City of Chicago
Cost Recovery & Coll. Div.
333 S. State Street, Ste. 540
Chicago, IL 60604


CNA Surety Corporation
333 South Wabash Avenue
Chicago, IL 60604


Conserve FS
97791 Eagle Way
Chicago, IL 60678


Craft Concrete
134 S. Highway 14
Cary, IL 60013


Dowd, Bloch & Bennett
8th South Michigan, 19th Floor
Chicago, IL 60603

Environmental Monitoring
& Technology
8100 N. Austin Avenue
Morton Grove, IL 60053


First Financial Asset
230 Peachtree St Ste 170
Atlanta, GA 30303


First National Bank of Marengo
Commercial Lending
4520 West Algonquin Road, Suite 200
Lake In The Hills, IL 60156


First Premier Bank
Attn: Correspondence Dept.
Po Box 5524
Sioux Falls, SD 57117


Ford Motor Credit Corporation
National Bankruptcy
Po Box 537901
Livonia, MI 48153


Fox Valley Laborers
2044 Big Timber Road
Building B, Suite 206
Elgin, IL 60123


Franks, Gerkin & McKenna, P.C.
19333 E. Grant Highway, P.O. Box 5
Marengo, IL 60152


Gary M. Vanek
Schnell, Bazos, Freeman, Kramer, ..
1250 Larkin Ave.
Elgin, IL 60123


Harmons Motor Service
4542-52 West Carroll Avenue
Chicago, IL 60624


Harris N.A.
P.O. Box 6201
Carol Stream, IL 60197

Harts Tractor Company
249 W. Lake Street
Elmhurst, IL 60126


Harvrd Sv Bk
58 North Ayer Stre
Harvard, IL 60033


Home Depot
City Cards Private Label-Bankruptcy
PO Box 20483
Kansas City, MO 64195


Howard W. Melton
200 E. Delaware, Suite 8B
Chicago, IL 60611


Howell Tractor & Equipment LLC
1901 E. Pratt Blvd.
Elk Grove Village, IL 60007


IBT, Local Union 301
36990 N. Greenbay Road
Waukegan, IL 60087


Kenneth M. Gazda
c/o Favaro & Gormon, Ltd.
835 Sterling Ave. #100
Palatine, IL 60067


Kieft Brothers, Inc.
837 S. Riverside Drive
Elmhurst, IL 60126


Law Offices Berry Serota & Ass.
PO Box 1008
Arlington Heights, IL 60006


Law Offices of Anthony G. Suizzo
1701 East Lake Street, Suite 310
Glenview, IL 60025


Lease Finance Group Ll
233 N Michigan Ave Ste 1
Chicago, IL 60601

LLamas/McKele Site Development
8255 E. Virginia Street, #4
Lake in the Hills, IL 60102


Luise, Inc.
1346 S. Hannah
Forest Park, IL 60130


Manning & Silverman CPA's
175 Olde Half Day Road, #290
Lincolnshire, IL 60069


Mary McNulty
13606 Thayer Road
Hebron, IL 60034


McAllister Equipment
PO Box 88025
Milwaukee, WI 53288


McCann Industries, Inc.
4102 W. Crystal Lake Road
Mchenry, IL 60050


McJessy Ching Thompson
3759 N. Ravenswood, Suite 231
Chicago, IL 60613


McKele Site Development
13914 Washington Street
Woodstock, IL 60098


McNulty Trucking
PO Box 1033
Woodstock, IL 60098


Midwest Operating Engineers
Local Union 150
6200 Joliet Road
Counntryside, IL 60525


Municipal Publishing
1507 East 53rd Street
Chicago, IL 60615

Nigro & Westdall
1793 Bloomingdale Road
Glendale Heights, IL 60139


Patten Industries, Inc.
635 West Lake Street
Elmhurst, IL 60126


Pro Consulting Services, Inc.
PO Box 66768
Houston, TX 77266


Red Robin - Cantera LLC
28260 Diehl Road
Warrenville, IL 60555


RH Donnelly
8517 Innovation Way
Chicago, IL 60682


Robert Hanlon
14212 Washington Street
Woodstock, IL 60098


Rockford Industrial Welding
Supply, Inc.
PO Box 5404
Crystal Lake, IL 60014


Ross, Hollander & Associates, Inc.
954 Lexington Avenue, Suite 218
New York, NY 10021


Schuller & Shelist, LTD
415 North LaSalle Street, Suite 500
Chicago, IL 60610


SCI Companies
2435 Technology Center Pkwy
Lawrenceville, GA 30043


Spruce Lake Sand & Gravel, Inc.
5435 Bull Valley Road, Suite 330
Mchenry, IL 60050

Steve's Equipment Services, Inc.
1400 Powis Road
West Chicago, IL 60185


The Lombard Company
4245 West 123rd Street
Alsip, IL 60803


The McGraw-Hill Companies
7625 Collection Center Drive
Chicago, IL 60693


Viking Office Products
PO Box 30488
Los Angeles, CA 90030


Vulcan Materials Company
1200 Urban Center Drive
Birmingham, AL 35242


Windy City Heavy Equipment
Services, Inc.
930 kromray Road
Lemont, IL 60439


Wofe, Wolfe & Ryd, LLP
Twenty North Wacker Drive
Suite 3550
Chicago, IL 60606


Wright Express
Fleet Fueling
PO Box 6293
Carol Stream, IL 60197