Case Name: MCNULTY, MICHAEL PATRICK
Case No:    07-72980

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: January 20, 2009        WILLIAM T. NEARY
                                       United States Trustee, Region 11

                              BY:   */s/ Carole J. Ryczek*
                                        CAROLE J. RYCZEK
                                        Attorney for the U.S. Trustee