**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE:<br>MCNULTY, MICHAEL PATRICK | CHAPTER 7 -- Liquidation |
| | CASE NO. 07-72980 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |
| Social Security/Employer Tax ID Number: xxx-xx-9089 | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR
COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL  61101

    on:   FEBRUARY 11, 2009
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | | 111.80 |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ 0.00 | 3,362.50 | |
| BERNARD J. NATALE<br>Trustee | $ 0.00 | 2,222.72 | |

4. The Trustee's Final Report shows total:

    a. Receipts                                $            14,727.22

    b. Disbursements                           $                 0.00

    c. Net Cash Available for Distribution     $            14,727.22

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00. Assuming that all fees, compensation and expenses are allowed in the

amounts requested, this leaves the total amount of $9,030.20, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $49,485.17, resulting in an approximate distribution of 18.25% to unsecured creditors, plus interest.

6.    The debtor has been discharged.

7.    The Trustee proposed to abandon the following property at the hearing:

See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: January 13, 2009            For the Court,

                                          By: /s/ BERNARD J NATALE

                                          Trustee

Case 07-72980    Doc 40    Filed 01/22/09    Entered 01/24/09 23:50:35    Desc Imaged
Certificate of Service    Page 2 of 4

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: lorsmith                Page 1 of 2                   Date Rcvd: Jan 22, 2009
Case: 07-72980                 Form ID: pdf002               Total Served: 78

The following entities were served by first class mail on Jan 24, 2009.
db           +Michael Patrick McNulty,    13606 Thayer Road,    Hebron, IL 60034-9420
aty          +Erick J Bohlman,    Bohlman Law Offices, PC,    780 McArdle Dr.,    Unit F,
               Crystal Lake, IL 60014-8155
tr           +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
               Rockford, IL 61108-2582
11796754     +ACF Equipment, Inc.,    1340 Cobblestone Way,    Woodstock, IL 60098-5201
11796755     +Allison, Slutsky & Kenndy,    230 West Monroe, Suite 2600,    Chicago, IL 60606-4969
11796756     +American Financial Management, Inc.,    3715 Ventura Drive,    Arlington Heights, IL 60004-7696
11796757     +Atlantic Trailer & Eqpt Sales, Inc.,    111-B Egg Harbor Road,    Sewell, NJ 08080-9427
11796758     +Bankcard Usa,    5701 Lindero Canyo Bldg 3,    Westlake Villa, CA 91362-4060
11796759     +Baum, Sigman Auerback,    & Neuman, LTD,    200 West Adams Strret, Suite 2200,
               Chicago, IL 60606-5231
11796760     +Bluff City Material,    2252 Southwind Blvd.,    Bartlett, IL 60103-1304
11796761     +Boncosky Oil Company,    c/o Gary M Vanek,    Bazos Freeman et al,    1250 Larkin Avenue Suite 100,
               Elgin, IL 60123-6078
11796762     +Botts Welding & Truck Service, Inc.,    PO Box 430,    Woodstock, IL 60098-0430
11796763     +Brunt Brothers,    1220 East 75th Street,    PO Box 199267,    Chicago, IL 60619-9267
11796764     +Burris Equipment Company,    2216 N. Greenbay Road,    Waukegan, IL 60087-4275
11796771     +CNA Surety Corporation,    333 South Wabash Avenue,    Chicago, IL 60604-1040
11796765     +Campion, Curran, Dunlop & Lamp, PC,    8600 US Highway 14,    Suite 201,
               Crystal Lake, IL 60012-2700
11796766     +Carmell, Charone, Widmer, Moss,    & Barr,    230 W. Monroe Street, #1900,    Chicago, IL 60606-4710
11796767     +Carnow, Conibear & Associates,    333 West Wacker Drive, #1400,    Chicago, IL 60606-1257
12116633     +Castle Bank N A,    121 W Lincoln Hwy-Plaza,    DeKalb, IL 60115-3609
11796768     +Chicago Trailer Pool Corp.,    Diamond Fianancial,    1200 Hanger Road, Suite 500,
               Oak Brook, IL 60523-1819
11796769     +Citibank,    Attn: Citicorp Credit Services,    7920 Nw 110th Street,    Kansas City, MO 64153-1270
11796770     +City of Chicago,    Cost Recovery & Coll. Div.,    333 S. State Street, Ste. 540,
               Chicago, IL 60604-3992
11796772     +Conserve FS,    97791 Eagle Way,    Chicago, IL 60678-0001
11796773      Craft Concrete Products Inc,    134 S. Highway 14,    Cary, IL 60013-2927
11796774      Dowd, Bloch & Bennett,    8th South Michigan, 19th Floor,    Chicago, IL 60603
11796775     +Environmental Monitoring,    & Technology,    8100 N. Austin Avenue,    Morton Grove, IL 60053-3203
11796776     +First Financial Asset,    230 Peachtree St Ste 170,    Atlanta, GA 30303-1536
11796777     +First National Bank of Marengo,    Commercial Lending,    4520 West Algonquin Road, Suite 200,
               Lake In The Hills, IL 60156-6728
11796778     +First Premier Bank,    Attn: Correspondence Dept.,    Po Box 5524,    Sioux Falls, SD 57117-5524
11796779     +Ford Motor Credit Corporation,    National Bankruptcy,    Po Box 537901,    Livonia, MI 48153-7901
11796780      Fox Valley Laborers,    2044 Big Timber Road,    Building B, Suite 206,    Elgin, IL 60123
11796781     +Franks, Gerkin & McKenna, P.C.,    19333 E. Grant Highway, P.O. Box 5,    Marengo, IL 60152-0005
11796782     +Gary M. Vanek,    Schnell, Bazos, Freeman, Kramer, ..,    1250 Larkin Ave.,    Elgin, IL 60123-6081
11796783     +Harmons Motor Service,    4542-52 West Carroll Avenue,    Chicago, IL 60624-1604
11796784     +Harris N.A.,    P.O. Box 6201,    Carol Stream, IL 60197-6201
11796785     +Harts Tractor Company,    249 W. Lake Street,    Elmhurst, IL 60126-1506
11796786     +Harvrd Sv Bk,    58 North Ayer Stre,    Harvard, IL 60033-2897
11796788     +Howard W. Melton,    200 E. Delaware, Suite 8B,    Chicago, IL 60611-5784
11796789     +Howell Tractor & Equipment LLC,    1901 E. Pratt Blvd.,    Elk Grove Village, IL 60007-5981
11796790     +IBT, Local Union 301,    36990 N. Greenbay Road,    Waukegan, IL 60087-3406
11796791     +Kenneth M. Gazda,    c/o Favaro & Gormon, Ltd.,    835 Sterling Ave. #100,
               Palatine, IL 60067-2246
11796792     +Kieft Brothers, Inc.,    837 S. Riverside Drive,    Elmhurst, IL 60126-4964
11796796     +LLamas/McKele Site Development,    8255 E. Virginia Street, #4,    Lake in the Hills, IL 60156-9602
11796793     +Law Offices Berry Serota & Ass.,    PO Box 1008,    Arlington Heights, IL 60006-1008
11796794     +Law Offices of Anthony G. Suizzo,    1701 East Lake Street, Suite 310,    Glenview, IL 60025-2061
11796795     +Lease Finance Group Ll,    233 N Michigan Ave Ste 1,    Chicago, IL 60601-5502
11796797     +Luise, Inc.,    1346 S. Hannah,    Forest Park, IL 60130-2904
11796798     +Manning & Silverman CPA's,    175 Olde Half Day Road, #290,    Lincolnshire, IL 60069-3074
11796799     +Mary McNulty,    13606 Thayer Road,    Hebron, IL 60034-9420
11796800     +McAllister Equipment,    PO Box 88025,    Milwaukee, WI 53288-0001
11796801     +McCann Industries, Inc.,    4102 W. Crystal Lake Road,    Mchenry, IL 60050-4204
11796802     +McJessy Ching Thompson,    3759 N. Ravenswood, Suite 231,    Chicago, IL 60613-3881
11796803     +McKele Site Development,    13914 Washington Street,    Woodstock, IL 60098-9457
11796804     +McNulty Trucking,    PO Box 1033,    Woodstock, IL 60098-1033
11859461     +Michele M Reynolds,    LaKisha M Kinsey-Sallis,    Dowd Bloch & Bennett,
               8 S Michigan Avenue 19th Floor,    Chicago IL 60603-3357
11796805     +Midwest Operating Engineers,    Local Union 150,    6200 Joliet Road,    Counntryside, IL 60525-3992
11796806     +Municipal Publishing,    1507 East 53rd Street,    Chicago, IL 60615-4573
11796807     +Nigro & Westdall,    1793 Bloomingdale Road,    Glendale Heights, IL 60139-2187
12445923     +Patten Industries Inc,    Nina F Cwil,    1900 Sring Road Suite 216,    Oak Brook IL 60523-1479
11796808     +Patten Industries, Inc.,    635 West Lake Street,    Elmhurst, IL 60126-1465
11796809     +Pro Consulting Services, Inc.,    PO Box 66768,    Houston, TX 77266-6768
11796811     +RH Donnelly,    8517 Innovation Way,    Chicago, IL 60682-0085
11796810     +Red Robin - Cantera LLC,    28260 Diehl Road,    Warrenville, IL 60555-3847
11796812     +Robert Hanlon,    14212 Washington Street,    Woodstock, IL 60098-9463
11796813      Rockford Industrial Welding,    Supply, Inc.,    PO Box 5404,    Crystal Lake, IL 60014
11796814     +Ross, Hollander & Associates, Inc.,    954 Lexington Avenue, Suite 218,    New York, NY 10021-5055
11796816     +SCI Companies,    2435 Technology Center Pkwy,    Lawrenceville, GA 30043-1311
11796815     +Schuller & Shelist, LTD,    415 North LaSalle Street, Suite 500,    Chicago, IL 60654-2743
11796817     +Spruce Lake Sand & Gravel, Inc.,    5435 Bull Valley Road, Suite 330,    Mchenry, IL 60050-7436
11796818     +Steve's Equipment Services, Inc.,    1400 Powis Road,    West Chicago, IL 60185-1653
11796819     +The Lombard Company,    4245 West 123rd Street,    Alsip, IL 60803-1805
11796820     +The McGraw-Hill Companies,    7625 Collection Center Drive,    Chicago, IL 60693-0076
11796821     +Viking Office Products,    PO Box 30488,    Los Angeles, CA 90030-0488
```

```
District/off: 0752-3           User: lorsmith              Page 2 of 2                  Date Rcvd: Jan 22, 2009
Case: 07-72980                 Form ID: pdf002             Total Served: 78

11796822     +Vulcan Materials Company,    1200 Urban Center Drive,    Birmingham, AL 35242-2545
11796823     +Windy City Heavy Equipment,    Services, Inc.,   930 kromray Road,    Lemont, IL 60439-6108
11796824     +Wofe, Wolfe & Ryd, LLP,    Twenty North Wacker Drive,    Suite 3550,   Chicago, IL 60606-3107
11796825     +Wright Express,   Fleet Fueling,    PO Box 6293,   Carol Stream, IL 60197-6293
The following entities were served by electronic transmission on Jan 22, 2009.
11796787     +E-mail/PDF: gecsedi@recoverycorp.com Jan 22 2009 22:21:25      Home Depot,
               City Cards Private Label-Bankruptcy,    PO Box 20483,   Kansas City, MO 64195-0483
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                           TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 24, 2009**              **Signature:** _Joseph Speetjens_