# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: MCNULTY, MICHAEL PATRICK | § Case No. 07-72980 |
| | § |
| | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 227,850.00 | Assets Exempt: 7,650.00 |
| Total Distribution to Claimants: 9,031.18 | Claims Discharged Without Payment: -139,855.64 |
| Total Expenses of Administration: 5,697.02 | |

3) Total gross receipts of $ 14,728.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,728.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $585,409.40 | $288,157.88 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 5,697.02 | 5,697.02 | 5,697.02 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 405,099.77 | 257,998.55 | 49,485.17 | 9,031.18 |
| TOTAL DISBURSEMENTS | $990,509.17 | $551,853.45 | $55,182.19 | $14,728.20 |

4) This case was originally filed under Chapter 7 on December 06, 2007. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/24/2009         By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. household goods with debtor | 1129-000 | 7,500.00 |
| Whole Life Insurance with Allstate | 1129-000 | 812.25 |
| Whole Life Insurance with Allstate | 1129-000 | 3,004.04 |
| 2007 TAX REFUNDS (STATE AND FEDERAL) | 1224-000 | 3,402.50 |
| Interest Income | 1270-000 | 9.41 |
| **TOTAL GROSS RECEIPTS** | | **$14,728.20** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Castle Bank N A | 4110-000 | unknown | 100,000.00 | 0.00 | 0.00 |
| Harvrd Sv Bk | 4110-000 | unknown | 188,157.88 | 0.00 | 0.00 |
| First National Bank of Marengo | 4110-000 | 191,041.41 | N/A | 0.00 | 0.00 |
| First National Bank of Marengo | 4110-000 | 394,367.99 | N/A | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | $585,409.40 | $288,157.88 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 111.80 | 111.80 | 111.80 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 3,362.50 | 3,362.50 | 3,362.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,222.72 | 2,222.72 | 2,222.72 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $5,697.02 | $5,697.02 | $5,697.02 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Castle Bank N A | 7100-000 | unknown | 38,081.20 | 0.00 | 0.00 |
| Botts Welding & Truck Service, Inc. | 7100-000 | unknown | 20,022.17 | 0.00 | 0.00 |
| Craft Concrete Products Inc | 7100-000 | unknown | 1,250.95 | 0.00 | 0.00 |
| Kieft Brothers, Inc. | 7100-000 | unknown | 30,625.55 | 0.00 | 0.00 |
| Boncosky Oil Company | 7100-000 | unknown | 47,937.73 | 47,937.73 | 8,748.77 |
| Brunt Brothers | 7100-000 | unknown | 113,019.20 | 0.00 | 0.00 |
| Patten Industries Inc | 7100-000 | unknown | 5,514.31 | 0.00 | 0.00 |
| Fox Valley Laborers | 7100-000 | unknown | 1,547.44 | 1,547.44 | 282.41 |
| ACF Equipment Inc | 7100-000 | 18,912.00 | N/A | 0.00 | 0.00 |
| American Financial Management Inc | 7100-000 | 11,586.00 | N/A | 0.00 | 0.00 |
| Atlantic Trailer & Equipment Sales Inc | 7100-000 | 197.58 | N/A | 0.00 | 0.00 |
| Bankcard USA | 7100-000 | 3,874.00 | N/A | 0.00 | 0.00 |
| Bluff City Material | 7100-000 | 18,452.00 | N/A | 0.00 | 0.00 |
| Boncosky Oil Company | 7100-000 | 15,301.00 | N/A | 0.00 | 0.00 |
| Burris Equipment Company | 7100-000 | 7,110.00 | N/A | 0.00 | 0.00 |
| Campion Curran Dunlop & Lamp PC | 7100-000 | 23,000.51 | N/A | 0.00 | 0.00 |
| Campion Curran Dunlop & Lamp PC | 7100-000 | 37,799.50 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Carnow Conibear & Associates | 7100-000 | 1,495.00 | N/A | 0.00 | 0.00 |
| Chicago Trailer Pool Corp | 7100-000 | 2,164.00 | N/A | 0.00 | 0.00 |
| Citibank | 7100-000 | 856.00 | N/A | 0.00 | 0.00 |
| City of Chicago | 7100-000 | 3,166.00 | N/A | 0.00 | 0.00 |
| CNA Surety Corporation | 7100-000 | 125.00 | N/A | 0.00 | 0.00 |
| Conserve FS | 7100-000 | 2,727.00 | N/A | 0.00 | 0.00 |
| Environmental Monitoring & Technology | 7100-000 | 2,318.00 | N/A | 0.00 | 0.00 |
| First Financial Asset | 7100-000 | 3,188.00 | N/A | 0.00 | 0.00 |
| First Premier Bank | 7100-000 | 784.00 | N/A | 0.00 | 0.00 |
| Ford Motor Credit Corporation | 7100-000 | 0.00 | N/A | 0.00 | 0.00 |
| Harmons Motor Service | 7100-000 | 7,746.00 | N/A | 0.00 | 0.00 |
| Harris NA | 7100-000 | 158.16 | N/A | 0.00 | 0.00 |
| Harts Tractor Company | 7100-000 | 7,477.00 | N/A | 0.00 | 0.00 |
| Home Depot | 7100-000 | 887.00 | N/A | 0.00 | 0.00 |
| Howell Tractor & Equipment LLC | 7100-000 | 18,887.85 | N/A | 0.00 | 0.00 |
| IBT Local Union 301 | 7100-000 | 0.00 | N/A | 0.00 | 0.00 |
| Kenneth M Gazda | 7100-000 | 32,347.77 | N/A | 0.00 | 0.00 |
| Lease Finance Group | 7100-000 | 1,537.00 | N/A | 0.00 | 0.00 |
| Luise Inc | 7100-000 | 25,992.00 | N/A | 0.00 | 0.00 |
| Manning & Silverman CPA | 7100-000 | 19,640.21 | N/A | 0.00 | 0.00 |
| McAllister Equipment | 7100-000 | 2,943.00 | N/A | 0.00 | 0.00 |
| McCann Industries Inc | 7100-000 | 3,600.00 | N/A | 0.00 | 0.00 |
| Midwest Operating Engineers | 7100-000 | 58,921.00 | N/A | 0.00 | 0.00 |
| Municipal Publishing | 7100-000 | 1,000.00 | N/A | 0.00 | 0.00 |
| Red Robin - Cantera LLC | 7100-000 | 0.00 | N/A | 0.00 | 0.00 |
| RH Donnelly | 7100-000 | 384.69 | N/A | 0.00 | 0.00 |
| Rockford Industrial Welding Supply Inc | 7100-000 | 503.50 | N/A | 0.00 | 0.00 |
| SCI Companies | 7100-000 | 478.00 | N/A | 0.00 | 0.00 |
| Spruce Lake Sand & Gravel Inc | 7100-000 | 3,014.00 | N/A | 0.00 | 0.00 |
| Steve's Equipment Services Inc | 7100-000 | 4,074.00 | N/A | 0.00 | 0.00 |
| The Lombard Company | 7100-000 | 7,500.00 | N/A | 0.00 | 0.00 |

**UST Form 101-7-TDR (4/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| The McGraw-Hill Companies | 7100-000 | 593.00 | N/A | 0.00 | 0.00 |
| Viking Office Products | 7100-000 | 498.00 | N/A | 0.00 | 0.00 |
| Vulcan Materials Company | 7100-000 | 24,249.00 | N/A | 0.00 | 0.00 |
| Windy City Heavy Equipment | 7100-000 | 2,792.00 | N/A | 0.00 | 0.00 |
| Wright Express | 7100-000 | 26,821.00 | N/A | 0.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | **$405,099.77** | **$257,998.55** | **$49,485.17** | **$9,031.18** |

**UST Form 101-7-TDR (4/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 07-72980 MB  
Case Name: MCNULTY, MICHAEL PATRICK  
Period Ending: 04/24/09

Trustee: (330370) BERNARD J. NATALE  
Filed (f) or Converted (c): 12/06/07 (f)  
§341(a) Meeting Date: 01/10/08  
Claims Bar Date: 07/31/08

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 13606 Thayer Road, Hebron, IL 60034 | 220,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash with debtor | 20.00 | 0.00 | DA | 0.00 | FA |
| 3 | Misc. household goods with debtor | 1,500.00 | Unknown | | 7,500.00 | FA |
| 4 | Misc. books and CD's with debtor | 250.00 | 0.00 | DA | 0.00 | FA |
| 5 | Misc. cloths with debtor | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Whole Life Insurance with Allstate | 812.25 | 812.25 | | 812.25 | FA |
| 7 | Whole Life Insurance with Allstate | 3,004.04 | 3,004.04 | | 3,004.04 | FA |
| 8 | Term Life Insruance with Allstate | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | 2003 Ford Expedition with 121,000 miles | 6,580.00 | 200.00 | DA | 0.00 | FA |
| 10 | 2007 TAX REFUNDS (STATE AND FEDERAL) (u) THIS IS THE DEBTOR'S HALF OF EXPECTED REFUNDS OF STATE AND FED RETURNS $6805 | 0.00 | 3,402.50 | | 3,402.50 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 9.41 | FA |
| 11 | Assets   Totals (Excluding unknown values) | $233,166.29 | $7,418.79 | | $14,728.20 | $0.00 |

**Major Activities Affecting Case Closing:**

PURSUING PRODUCTION OF DOCUMENTS AND FURTHER VALUATION INFORMATION TO DETERMINE VALUE OF NON EXEMPT ASSETS.

Initial Projected Date Of Final Report (TFR):   December 31, 2008          Current Projected Date Of Final Report (TFR):   January 13, 2009 (Actual)

Printed: 04/24/2009 12:32 PM   V.11.12

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 07-72980 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | MCNULTY, MICHAEL PATRICK | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***.*****73-65 - Money Market Account |
| Taxpayer ID #: | 13-7606705 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 04/24/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 06/30/08 | {10} | BOHLMAN LAW OFFICES, PC | REFUND | | 1224-000 | 3,402.50 | | 3,402.50 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | | 1270-000 | 0.54 | | 3,403.04 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | | 1270-000 | 0.64 | | 3,403.68 |
| 09/18/08 | | BOHLMAN LAW OFFICE TRUST ACCOUNT | PAYMENT ON COMPRIMISE FOR NON-EXEMPT ASSETS | | | 11,316.29 | | 14,719.97 |
| | {7} | | Cash Surrender Value of Life Insurance | 3,004.04 | 1129-000 | | | 14,719.97 |
| | {6} | | Cash Surrender Value of Life Insurance | 812.25 | 1129-000 | | | 14,719.97 |
| | {3} | | Market Value of Household Goods and Furnishings | 7,500.00 | 1129-000 | | | 14,719.97 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | | 1270-000 | 1.38 | | 14,721.35 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | | 1270-000 | 2.83 | | 14,724.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | | 1270-000 | 1.74 | | 14,725.92 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | | 1270-000 | 1.30 | | 14,727.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | | 1270-000 | 0.72 | | 14,727.94 |
| 02/11/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0600% | | 1270-000 | 0.26 | | 14,728.20 |
| 02/11/09 | | To Account #********7366 | Transfer to Final Distribution | | 9999-000 | | 14,728.20 | 0.00 |
| | | | ACCOUNT TOTALS | | | 14,728.20 | 14,728.20 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 14,728.20 | |
| | | | Subtotal | | | 14,728.20 | 0.00 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | NET Receipts / Disbursements | | | $14,728.20 | $0.00 | |

{} Asset reference(s)

Printed: 04/24/2009 12:32 PM   V.11.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-72980 MB | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | MCNULTY, MICHAEL PATRICK | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***.*****73-66 - Checking Account |
| Taxpayer ID #: | 13-7606705 | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 04/24/09 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/11/09 | | From Account #********7365 | Transfer to Final Distribution | 9999-000 | 14,728.20 | | 14,728.20 |
| 02/11/09 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,222.72, Trustee Compensation; Reference: | 2100-000 | | 2,222.72 | 12,505.48 |
| 02/11/09 | 102 | Boncosky Oil Company | Distribution paid 18.25% on $47,937.73; Claim# 5; Filed: $47,937.73; Reference: | 7100-000 | | 8,748.77 | 3,756.71 |
| 02/11/09 | 103 | Fox Valley Laborers | Distribution paid 18.25% on $1,547.44; Claim# 9; Filed: $1,547.44; Reference: | 7100-000 | | 282.41 | 3,474.30 |
| 02/11/09 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 3,474.30 | 0.00 |
| | | | Dividend paid 100.00% 3,362.50 on $3,362.50; Claim# ATTY; Filed: $3,362.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00% 111.80 on $111.80; Claim# EXP; Filed: $111.80 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 14,728.20 | 14,728.20 | $0.00 |
| Less: Bank Transfers | | 14,728.20 | 0.00 | |
| Subtotal | | 0.00 | 14,728.20 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $0.00 | $14,728.20 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***.*****73-65 | 14,728.20 | 0.00 | 0.00 |
| Checking # ***.*****73-66 | 0.00 | 14,728.20 | 0.00 |
| | $14,728.20 | $14,728.20 | $0.00 |

{} Asset reference(s)

Printed: 04/24/2009 12:32 PM V.11.12